

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00219-CR

Robert **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CR-12-033
The Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 30, 2014.

_____
Karen Angelini, Justice